US MAGISTRATE JUDGE CHERYL L. POLLAK      DATE: 4/5/11

TIME SPENT: _____

DOCKET NO. 99 CV 772

CASE: Wynder v. McMahon

___ INITIAL CONFERENCE                 ✓ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE           ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE         ✓ TELEPHONE CONFERENCE
___ MOTION HEARING                       ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED          ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT CONFERENCE SCHEDULED FOR _____
___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

**RULINGS:**

Waiting for records from USAO – due 5/9
After receipt of records, pl. to depose Fitzgerald in So. Ca.
Df to provide dates for expert depos & for psych Img
Conference 6/30 at 2:00