UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KENNETH WYNDER,

        Plaintiff,                                Order

                                                            99 Civ. 772 (ILG) (CLP)

    - against -

JAMES MCMAHON, ET AL.,

        Defendants.
-------------------------------------------------------x

GLASSER, United States District Judge:

        On April 28, 2013, Kenneth Wynder requested permission to supplement the record that formed the basis for the Court's Memorandum and Order dated April 24, 2013, granting summary judgment to the defendants on all federal claims and declining to exercise supplemental jurisdiction over the state law claims.  Mr. Wynder's request is denied.

        In the past fourteen years, Mr. Wynder has filed four versions of his complaint, two appeals to the Second Circuit, a motion to file yet a fifth version of the complaint, and a motion for reconsideration of the denial of that motion.  Now that the Court has granted summary judgment to the defendants after a thorough review of all the evidence and concluded that Mr. Wynder failed to adduce any proof that any of the defendants acted against him with a racially discriminatory purpose, Mr. Wynder asks to supplement the record with a "valuable" deposition transcript.

        There comes a point at which litigation must end and that point has been resoundingly reached.  Although Mr. Wynder asserts that "the interest of justice" would

be served by supplementing the record, the interest of justice is truly served by denying his request.

Accordingly, Mr. Wynder's request is DENIED.

**SO ORDERED.**

Dated: Brooklyn, New York
May 7, 2013

_____/s/_____
I. Leo Glasser
United States District Judge

2